# EXHIBIT A

```
IN THE MATTER OF:                        )
                                         )
DMB HEALTH CLUB,                         )
                                         )
_____)
```

TRANSCRIPT OF AUDIO RECORDING
MAY 3, 2018

REPORTED BY:
Herder & Associates
Marty Herder, CCR
Certified Court Reporter
CCR No. 50162

1        DAVID CRITCHLEY:  -- no response.  The last two

2    socials you just didn't show up to.  Didn't even --  So you're

3    saying you didn't know?  You didn't know when they were?

4        STUART MCNICOL:  Well, I thought we --

5        DAVID CRITCHLEY:  I asked you about the TGen thing.

6        STUART MCNICOL:  I thought we, I thought we should be

7    --  No, you didn't.  The TGen thing was --

8        DAVID CRITCHLEY:  On my first day on.

9        STUART MCNICOL:  -- first on Tuesday.

10        DAVID CRITCHLEY:  I didn't wanna --  You said, like -

11    -  Yeah.  But you should be involved.  You're the head pro.

12        STUART MCNICOL:  But we're supposed to be involved in

13    planning it, not just have it planned and me just either show

14    up.  It hasn't even been discussed whether I'm even available

15    to do it.

16        DAVID CRITCHLEY:  No.  But that's the whole point.

17    You get --  So I talked to HR.  They look at the salary is to

18    do all those things.  We do not get paid an hourly.  It's not

19    broken up hourly.  So, I have --

20        STUART MCNICOL:  Do you have, do you have a copy of

21    my --

22        DAVID CRITCHLEY:  Yes.

23        STUART MCNICOL:  -- my job description?

24        DAVID CRITCHLEY:  I have the one that, that Jim and

25    Nick put together after that, too, for you specifically.

1          STUART MCNICOL:  I don't have that one and I --

2          DAVID CRITCHLEY:  Then I might have to get that to

3  you then.

4          STUART MCNICOL:  Then let's have a look at that,

5  because I don't feel everything that I think I'm supposed to do

6  is assist in the planning, assist in helping, not doing it.

7  So, if I'm supposed to do it, well then I should be compensated

8  differently in order to do it, on my own.

9          DAVID CRITCHLEY:  And that's, well that's what I'm

10 getting at.  Do, do you want to keep the salary for the head

11 job, because that's, they're never gonna pay us what it's

12 worth.  And I, I'm tired of doing all of the work and --

13         STUART MCNICOL:  But then we need to talk about it.

14 You can't just do it and just expect me to just follow --

15         DAVID CRITCHLEY:  See, but when I've --

16         STUART MCNICOL:  -- in whatever the decisions --

17         DAVID CRITCHLEY:  -- I've asked you, I asked you to

18 like call two clubs and get --

19         STUART MCNICOL:  But Dave, that's not --  I'm, I'm --

20 You can't ask the, the --

21         DAVID CRITCHLEY:  (Inaudible) ask you to do that.

22         STUART MCNICOL:  Because that's --  No.  That, that's

23 not in, that's, that's not something that I'm supposed to be

24 doing.  That's not --  That is something that HR is supposed to

25 be doing.

1      DAVID CRITCHLEY:  But they're not doing it.  That was

2   to benefit both of us.  When I did it I, I reached out to five

3   or six coaches --

4      STUART MCNICOL:  Yeah, but you're the Director.  I'm

5   the head pro.  Nobody's gonna give me information.

6      DAVID CRITCHLEY:  Well, then say that.

7      STUART MCNICOL:  I look like an idiot.

8      DAVID CRITCHLEY:  Don't just not do it.  You know

9   people in tennis.  Like it's not that hard to go, hey, what,

10  what's your deal?  What do, what do you, what do you make, not

11  and how much do you make, but like what's the commission look

12  like there?  People --  A lot of it's unofficial, too.  Like

13  Jason didn't wanna email back.  He's like call me and I'll

14  discuss it with you.  So I get that.

15      But I'm just trying to get a feel so that if I go to

16  Carol, and they don't reach out to people and go, well, you

17  said the average is this, but I called these three, you know.

18  It's like --  But the point is, when I have asked you to do

19  little things, like you don't do them.  So then I'm supposed to

20  ask you to do more stuff?  Like it's, it's frustrating

21  (inaudible).

22      STUART MCNICOL:  Well, you asked me to do the two

23  things.  You asked me to do the promotion on the stringing and

24  --

25      DAVID CRITCHLEY:  Mmm-hmm.

1      STUART MCNICOL:  -- stuff like that.  But then it's

2  like, okay, well, if we wanna promote stringing, I already

3  promote stringing with everybody that I teach.

4      DAVID CRITCHLEY:  Okay.  But that's the problem.

5  Everything is, everybody that I teach, everything is

6  (inaudible).

7      STUART MCNICOL:  Well, well, I mean, and, and the

8  other club.  But I, I have mentioned about, what about the

9  Juniors?  How come no Juniors, other than two, get their

10  rackets strung at the club?

11      DAVID CRITCHLEY:  I don't know.  That's why, that's

12  why I wanted you to do that, cause that's your world.  That

13  would create more revenue for you, potentially.

14      STUART MCNICOL:  Okay.  I mean, I can do that, but

15  it's not, I, I don't know how to create a, a brochure.

16      DAVID CRITCHLEY:  Well, so --

17      STUART MCNICOL:  I mean, I, I can sit down, I can sit

18  down with --

19      DAVID CRITCHLEY:  (Inaudible) like the (inaudible).

20      STUART MCNICOL:  I can sit down with somebody and do

21  that.

22      DAVID CRITCHLEY:  You didn't say, well, I'm having

23  trouble with it.  What, you know, what were you thinking like?

24  Don't just blow me off cause that's, I'm like, that's why I end

25  up having to do everything because you, when I do ask you to do

1  little things you just don't do it.  (Inaudible) the examples

2  are (inaudible), but I'm like, well, you know, it's like, I

3  mean, the, the head pro going forward, and this is division is,

4  you're not gonna be a stringer.  Like that's gonna be in the --

5  We're gonna like revamp the thing.  I want --  I'm trying to

6  figure out the --

7          STUART MCNICOL:  Well, I know --  I mean, okay.  So

8  those things that have built up, right?

9          DAVID CRITCHLEY:  Yeah.

10          STUART MCNICOL:  I know from almost the time you

11  started that the stringing was gonna be taken away from me --

12          DAVID CRITCHLEY:  Right.

13          STUART MCNICOL:  -- and be given to two kids.

14          DAVID CRITCHLEY:  Well, that's because the club --

15          STUART MCNICOL:  But do you see what I'm saying?  And

16  I, I know that because you --

17          DAVID CRITCHLEY:  I understand that.

18          STUART MCNICOL:  -- copied me on an email that I was

19  supposed to be at.

20          DAVID CRITCHLEY:  Let's go back for a second.

21          STUART MCNICOL:  Okay.

22          DAVID CRITCHLEY:  The, the way they're gonna look at

23  it and the way I'm gonna be, for myself, too, is like, the

24  Administrative stuff is gonna be like $15 to $20 dollars an

25  hour.  And it's gonna be like allotted.  Like almost like it

1   was before.  Like you gotta show what you're doing to

2   (inaudible).

3        If, if you want to do that, I'm open to that still,

4   but it doesn't seem like that you wanna do that.  I've asked

5   you since I came to get involved in the Juniors.  That's a big

6   part of what we do.  That's more than half of the revenue.

7   Well then you wanna teach during that time, but you don't wanna

8   help with the Juniors.  That doesn't make sense.

9        STUART MCNICOL:  Well, hold --  Well, I know it

10   doesn't make sense, and let me tell you why it doesn't make

11   sense.  Because I know that every pro that is there, Ali, Ken,

12   Mike, all get paid way more than I do.  Jason --

13        DAVID CRITCHLEY:  A few dollars.

14        STUART MCNICOL:  But it's still a few dollars.

15        DAVID CRITCHLEY:  Okay.

16        STUART MCNICOL:  A few dollars an hour adds up to a

17   lot.

18        DAVID CRITCHLEY:  Okay.  So if I told you --  What

19   did I tell you when we talked about this?  I said I would get

20   it to where it was the same as when you talked.  I asked Jim if

21   I could give you a raise.  He said no.  So my hands are tied.

22        So we can keep getting angry about the things we

23   can't fix, or we can make it work and I give you an extra hour

24   a week to get the hourly up to where it's the same as when you

25   teach.  Now, like I've reached out.  I've said these things.

1  And you're just like --

2          STUART MCNICOL:  I know.  Because in my mind it's

3  like, okay --

4          DAVID CRITCHLEY:  But, but you've reversed, it's

5  like, you need to have some faith and jump in and start getting

6  involved.  Get to know the other coaches.  Be part of the team.

7  It can't be --  Everybody else works together, gets along, does

8  their stuff and Stuart is like here.

9          STUART MCNICOL:  Cause I do.  I feel, I feel left

10  out.  You're right.

11          DAVID CRITCHLEY:  But that's because you don't take

12  responsibility.  I, I like almost beg.  I'm like, hey, I'd love

13  you to be in the Juniors.  I know you work in the mornings two

14  days a week.  I let you pick what days.  I said, which, which

15  group do you wanna work with?  Do you wanna work some better

16  kids?  I like bent over backwards to try and please you.

17          STUART MCNICOL:  I know.  But it's very disheartening

18  to know that you wanna be included, but it, it comes down to

19  money.  It, it seriously comes down to money.  And I understand

20  that you can, you can work it out.  I guess in my mind I don't

21  want it to be, I don't want it to be fudged.  I, I can't --

22          DAVID CRITCHLEY:  Mmm-hmm.

23          STUART MCNICOL:  -- I, I mean I can't help that.  I,

24  I can't, I can't, I don't wanna do that.

25          DAVID CRITCHLEY:  And I don't either.  And I'm a very

1  rule follower.  Personally, I think I'm not (inaudible) to be

2  like, yeah, well you two kids, just pay me $500 bucks a month

3  for clinic.  Everything is --

4          STUART MCNICOL:  I know.

5          DAVID CRITCHLEY:  -- down to the club.  So, but --

6  Yeah.  Jim wouldn't let me give you and like I tried to give

7  you like a $3.00 dollars.  Cause only at 42.  I said, can we

8  pull him to 45, just give him something, he said, he said no.

9          STUART MCNICOL:  Okay.

10          DAVID CRITCHLEY:  That was it.  So, given those

11  things, if those things are things that aren't gonna change.

12          STUART MCNICOL:  I know.

13          DAVID CRITCHLEY:  So that's where you either try to

14  do this like positively, civilly, like you wanna --  If the

15  salary went away, do, do you wanna stay?  Do you --  If --

16  I'm, I'm working on getting all of our commissions bumped,, but

17  I can't make that as a promise with, with the salary.  Cause

18  the things that I want the head pro to do, like the Junior

19  program, for as much as people think it's this and that, made

20  the club two hundred and sixty thousand dollars last year.

21  That's all revenue.

22          STUART MCNICOL:  Mmm-hmm.

23          DAVID CRITCHLEY:  Okay.  So, I need the head pro to

24  be, cause all we get, all we get for off court stuff is our two

25  salaries.  So I need somebody in that role that's gonna like

1  help grow the Juniors, communicate with parents, do a Junior

2  newsletter.  Like there's a lot things that I need done that

3  are specific that are, because you just pretty much do your

4  kids you're not involved in those things.

5          STUART MCNICOL:  Correct.  I know that.

6          DAVID CRITCHLEY:  So, and that's where it's, you

7  know, like I said, I'm, I'm a tennis pro.  I knew what it felt

8  like when Mr. (inaudible) my deal, it sucks.  And, but that's

9  where we're at.  It's not going back.  They're not --  I mean,

10 it doesn't make sense for the club to say, we're, so we're

11 gonna, we're gonna let you keep a hundred percent of the

12 stringing, we're gonna pay the front desk person and we're

13 gonna pay for the machine and we're gonna lose money.  Just,

14 like, you know, those are things that just, we're not gonna

15 continue.  I don't know why they were like that when I started.

16 You know, I, I got your side of it.  I tried to make it work,

17 but I don't know what else you want me to do.

18         STUART MCNICOL:  I know.  Well, but that's the thing,

19 I know there's nothing that you can really do about it.  I know

20 that.  But how do you, how do --  I don't understand in a, in

21 a, in, in this place, how there's no way, other than to work

22 more, to make more money.

23         DAVID CRITCHLEY:  Because they --

24         STUART MCNICOL:  But yet --

25         DAVID CRITCHLEY:  -- (inaudible) tennis pros.  For

1  whatever reason, I, I come (inaudible).

2         STUART MCNICOL:  But yet they're very happy to keep

3  taking, in, in taking away from what you're making as, on

4  revenue.  They're very happy to, to dig into that, little bit

5  by little bit, year after year.  You'll find out in time.

6  You'll see.

7         DAVID CRITCHLEY:  Oh, I know.  I'm already --

8         STUART MCNICOL:  You already are seeing.

9         DAVID CRITCHLEY:  And then (inaudible) --

10        STUART MCNICOL:  A little bit over time.

11        DAVID CRITCHLEY:  -- what he told me what happened

12 have a year and it's like, as long as I'm here, I've gotta make

13 it work.  That's part of the reason it sucks and that's part of

14 the reason why I'm like, I can't keep doing all the work.  I

15 can't keep doing everything when I'm given two salaries to work

16 with to get everything in tennis done.  And I'm, I'm not saying

17 you don't do anything, but the majority of things that need to

18 get done, yeah, you're, you're helpful on the phones, you know,

19 things that anybody that works at The Village should do.  But

20 you do a lot.  You're not dealing with the ladies luncheon I

21 got tomorrow.  You're not --

22        STUART MCNICOL:  I mean, you didn't --

23        DAVID CRITCHLEY:  -- answering emails.

24        STUART MCNICOL:  -- talk to me about that.

25 Seriously, you didn't even, you didn't even, you haven't even

1   said one word to me about the ladies luncheon.

2          DAVID CRITCHLEY:  Well, that's because the last

3   couple weeks I was pissed off that you went in and looked at

4   specific people that I work with.

5          STUART MCNICOL:  Like?

6          DAVID CRITCHLEY:  That pissed me off.  And you said

7   in our meeting, you're like, well, I looked up, what's his name

8   and I don't --

9          STUART MCNICOL:  Well, okay.

10          DAVID CRITCHLEY:  -- (inaudible) but you're, you're

11   (inaudible).

12          STUART MCNICOL:  So listen to me.  So listen.  Okay.

13   So listen, this is what I hear.  I know how Max gets paid.

14          DAVID CRITCHLEY:  Okay.

15          STUART MCNICOL:  Not by you.

16          DAVID CRITCHLEY:  How does that (inaudible) --  He,

17   he helps when I can't find anybody on Saturdays.

18          STUART MCNICOL:  No, but listen.

19          DAVID CRITCHLEY:  That's all he does.

20          STUART MCNICOL:  Do, do you understand, do you know -

21   -  Now, you can, you can agree with me here or not that, I know

22   Warren is a full-time employee, right?

23          DAVID CRITCHLEY:  No.  Warren is --  Well, yeah he's

24   --

25          STUART MCNICOL:  He's leaving.

```
1              DAVID CRITCHLEY:  -- been a full-time.

2              STUART MCNICOL:  But he has been.  He has been.

3              DAVID CRITCHLEY:  Mmm-hmm.

4              STUART MCNICOL:  Well, Warren's hours get bumped up

5   and then after Warren gets paid Warren pays Max.  That's what I

6   heard.

7              DAVID CRITCHLEY:  Who'd you hear it from?

8              STUART MCNICOL:  I, I'm not gonna say that cause it's

9   gonna get that person in trouble.  But Dave, that's, that's,

10  that's tax --  If, if you went, if somebody went to HR and

11  mentioned that to them, you know how much shit this company

12  would be in?  Those are serious things.  I'm not gonna say

13  anything.  But those are things that, that I'm hearing.  I

14  mean, how the hell else would I know that?  Do you think I

15  sucked that out of my thumb?

16             DAVID CRITCHLEY:  And the company's paid, taxes are

17  paid on it.

18             STUART MCNICOL:  Not on Max.  Max can go to jail.  He

19  could.

20             DAVID CRITCHLEY:  He's (inaudible).

21             STUART MCNICOL:  Whether he would or not --

22             DAVID CRITCHLEY:  He won't.

23             STUART MCNICOL:  -- he could go to jail.  So, yeah.

24  I'm, I'm, I'm, I'm, I hear a lot of things.  I, I see

25  resignation letters that haven't been turned in because people
```

1  are unhappy.  How do we, how do we fix that?  There, there's,

2  there's, a lot of things that are going on right now.

3         DAVID CRITCHLEY:  Okay.  Well, resignation letters

4  not turned in, who's is that?

5         STUART MCNICOL:  I'm not, I, I'm not gonna say it

6  because it's gonna --

7         DAVID CRITCHLEY:  Like who, (inaudible) on the

8  blocks?  Cause that --

9         STUART MCNICOL:  No.  That wasn't, that wasn't --

10        DAVID CRITCHLEY:  (Inaudible) on Wednesday and she

11  turned --

12        STUART MCNICOL:  -- that was a miss.

13        DAVID CRITCHLEY:  -- it in like two weeks ago.  You

14  believe it (inaudible)?

15        STUART MCNICOL:  Susan's a nut.  But no.  There,

16  there, there's others.  I would like to talk to you about those

17  things, because we need to, we, we need to communicate.  We

18  have to.  For things, things to be better we have to

19  communicate, however how that is, whether I'm doing my job or

20  not doing my job.  Obviously, people are telling you stuff that

21  is not good stuff.

22        DAVID CRITCHLEY:  I don't see what that has to do

23  with --

24        STUART MCNICOL:  No.  It doesn't.  I'm just telling

25  you where I am in my mind.  It doesn't have anything to do with

1   my work performance or my role here at, at, at the Club, other

2   than, obviously, people look at me as somebody who thinks I,

3   thinks I can help them, which I do, otherwise they would be

4   gone.

5            DAVID CRITCHLEY:  Well, no one (inaudible) --

```
1   STATE OF ARIZONA     )
                         )    ss.
2   COUNTY OF MARICOPA   )

3                  C E R T I F I C A T E

4           BE IT KNOWN that the foregoing Audio recording was

5   transcribed by me, Marty Herder, a Certified Court Reporter,

6   CCR 50162, State of Arizona; that the questions propounded to

7   the witnesses and the answers of the witnesses thereto were

8   reduced to typewriting under my direction; that the foregoing

9   15 pages constitute a true and accurate transcript of all

10  proceedings contained on said Audio recording, all done to the

11  best of my skill and ability.

12          I FURTHER CERTIFY that I am in no way related to any

13  of the parties hereto, nor am I in any way interested in the

14  outcome hereof.

15          Dated at Chandler, Arizona this 13$^{th}$ day of December,

16  2019.

17

18

19                                  _____

20                                  C. Martin Herder, CCR
                                    Certified Court Reporter
21                                  Certificate No. 50162

22

23

24

25
```

# EXHIBIT B

```
IN THE MATTER OF:                    )
                                     )
DMB HEALTH CLUB,                     )
                                     )
_____)
```

TRANSCRIPT OF AUDIO RECORDING
APRIL 4, 2018

REPORTED BY:
Herder & Associates
Marty Herder, CCR
Certified Court Reporter
CCR No. 50162

1          DAVID CRITCHLEY:  -- like the (inaudible) reports and

2   answering phones, that's great, but that's, you know, that's

3   just expected of anybody.

4          STUART MCNICOL:  If you look at this, sir --

5          DAVID CRITCHLEY:  Mmm-hmm.

6          STUART MCNICOL:  -- this is what $7.00 dollars an

7   hour does.

8          DAVID CRITCHLEY:  Well, that's if you divide it by

9   how many, like by a 40-hour week.

10         STUART MCNICOL:  Correct.

11         DAVID CRITCHLEY:  Yeah.

12         STUART MCNICOL:  Which is what that's what it is.

13         DAVID CRITCHLEY:  The head pro for off courts is

14  gonna be, should be like $15 to $20.  So the hourly is like

15  somewhere in that $15 to $17 dollar range.

16         STUART MCNICOL:  No.  That's based on a 40-hour week.

17  If, if you're here 40 hours a week --

18         DAVID CRITCHLEY:  I talked to Laura, it's not.  And

19  one, full time at the Club is 30 hours.  And two, commission is

20  separate.  That's why I don't get paid overtime if I work

21  overtime.

22         STUART MCNICOL:  Correct.

23         DAVID CRITCHLEY:  The commission is separate from --

24  The, the salary is paid to do X, Y and Z.  They don't actually

25  iron it out and go, okay, this is how many hours.  That's what

1  I'm gonna do going forward is, let's say, okay, this is the

2  head pro (inaudible).  He's got to X, Y, Z.  This should take

3  two hours a week for all these people, is to do this.

4          STUART MCNICOL:  Wow.  I mean, how much time do I

5  have?

6          DAVID CRITCHLEY:  There's no thing.  It's like what,

7  otherwise I got to start writing you up for not showing up.

8  And I assume it's gonna get even worse.

9          STUART MCNICOL:  I know.  And I, I don't want that to

10  happen.

11          DAVID CRITCHLEY:  And then Jim says, well, we can

12  take away stringing and say your head pro can't string.  It's

13  not on the job description.  You know, like I don't wanna play

14  this game with like, yeah.  It's, it's stupid.

15          STUART MCNICOL:  It is.

16          DAVID CRITCHLEY:  Like, the rules are the rules.

17          UNIDENTIFIED MALE:  How you doing, guys?

18          DAVID CRITCHLEY:  What's up, buddy.

19          STUART MCNICOL:  Hi.

20          DAVID CRITCHLEY:  I feel like I've done everything I

21  can to make it work for you and I got a little frustrated

22  (inaudible), I'm tired of doing all the work, you know.  So,

23  that's the best resolution and if you wanna try and go the

24  other way, if you wanna get involved with Juniors and, and show

25  that you wanna, you're gonna call the parents and do that, like

1  I don't know, that doesn't seem like your (inaudible), your

2  forte.

3          STUART MCNICOL:  No.

4          DAVID CRITCHLEY:  And I mean, if you want hours, with

5  his revenue you can work for the juniors.  (Inaudible)

6          STUART MCNICOL:  Yeah.

7          DAVID CRITCHLEY:  You can jump in the evenings from

8  (inaudible) place.  I work one night and maybe actually go

9  home.  But, you know, I mean there's other things that

10  (inaudible) there and I know you've got family and, but I, I

11  think I probably asked you ten times like hey, I can't do the

12  evening clinic, can you cover?  Not one time have you ever

13  said, yeah, I can do it.  A couple times the Juniors you'll

14  cover, but stuff like that, it's like, yeah (inaudible) you're

15  supposed to assist the Director.  Like in theory I can be like,

16  no, (inaudible).  You need to cover.  You're the head pro.  We

17  don't have it covered.  And I never did.  I'm like okay.  So

18  then I stopped asking.  I don't even ask you when I'm like

19  (inaudible) the head pro.  Cause every time I do, it's no.  So

20  I've got hurt feelings, too.

21          Like I said, you haven't really embraced me coming

22  on, even though I think I went out of my way to try and make it

23  work.  I get (inaudible) you applied for the job, you were here

24  first, and you sit here, you know.  It's a weird situation.

25  But yeah, I don't wanna go down the road of writing you up and

5

1    writing out a list and changing (inaudible) stringing

2    commission, all the stuff, it's gonna be hell, it's stupid.

3    It's not gonna help anybody.

4         STUART MCNICOL:  I know.

5         DAVID CRITCHLEY:  Everybody's gonna get super

6    stressed out.

7         STUART MCNICOL:  And I think it's best you just take

8    the salary away.

9         DAVID CRITCHLEY:  Okay.  And I'll keep fighting for

10   this to get (inaudible), too.  I could get a higher commission

11   (inaudible) well, maybe I'll say like, Stuart, you (inaudible)

12   to like forego the salary if we'll bump him to whatever,

13   whatever they give us.  (Inaudible).

14        STUART MCNICOL:  Good luck with that.  I know that's

15   not gonna happen.

16        DAVID CRITCHLEY:  No, it might happen.  (Inaudible)

17   leaving has helped just a little.  But the people coming in who

18   want a real job are like asking (inaudible), are asking, asking

19   I want 200 grand, they want a program like ours.  So, Jim was

20   hoping that Carol is kind of like seeing right.  You know, we

21   don't pay our people well, you know, and I wrote up a big 15-

22   page thing like, hey, we've 18 tennis pros at this club and

23   three directors in five years.  If this is like the place to

24   work why do we have so much turnover?

25        STUART MCNICOL:  Right.

1          DAVID CRITCHLEY:  That's not good for membership.

2   It's good for retention.  And it was that unhappy pro stuff.

3   So we'll see.

4          STUART MCNICOL:  Yeah.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1   STATE OF ARIZONA     )
                         )    ss.
2   COUNTY OF MARICOPA   )
```

3                     C E R T I F I C A T E

4          BE IT KNOWN that the foregoing Audio recording was

5   transcribed by me, Marty Herder, a Certified Court Reporter,

6   CCR 50162, State of Arizona; that the questions propounded to

7   the witnesses and the answers of the witnesses thereto were

8   reduced to typewriting under my direction; that the foregoing 6

9   pages constitute a true and accurate transcript of all

10  proceedings contained on said Audio recording, all done to the

11  best of my skill and ability.

12         I FURTHER CERTIFY that I am in no way related to any

13  of the parties hereto, nor am I in any way interested in the

14  outcome hereof.

15         Dated at Chandler, Arizona this 13th day of December,

16  2019.

17

18

19                                    _____

20                                    C. Martin Herder, CCR
                                      Certified Court Reporter
21                                    Certificate No. 50162

22

23

24

25