# UDALL | SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Bradley D. Gardner (SBN: 011211)
bdg@udallshumway.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stuart McNicol,<br><br>Plaintiff,<br><br>v.<br><br>DMB Sports Clubs Limited Partnership,<br><br>Defendants. | Case No.: 2:19-cv-00750-MTL<br><br>**PLAINTIFF'S MOTION TO WITHDRAW MISFILED DRAFT RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT 48) AND FOR LEAVE TO FILE CORRECT RESPONSE** |

Plaintiff Stuart McNicol ("Plaintiff" or "Stuart") hereby moves to withdraw the mistakenly filed draft of Plaintiff's Response to Defendant's Motion for Summary Judgment (Dkt 48) and file the intended final version of the Plaintiff's Response to Defendant's Motion for Summary Judgment (Dkt 48). A copy of the intended version is attached hereto without exhibits (the exhibits are the same) as Exhibit 1.

Plaintiff's counsel created two versions of the intended Response. The one which was filed was the draft submitted on January 9. (Ex. 2, Schwartz declaration ¶ 5, 8) The draft status is reflected in the filing by "[?? Client declaration]" which appears at: p. 6:19, p. 12:10, p. 13:18-19. (Dkt 48) (Ex. 2, Schwartz declaration ¶ 5) The draft status was also reflected in the citations to ex. J, the Plaintiff's declaration, which did not have any ¶ numbering as the Plaintiff's declaration had not yet been finalized. (Dkt 48) (Ex. 2, Schwartz declaration ¶ 5) On January 11, a revised version which was intended to be filed was circulated via e-mail. (Ex. 2, Schwartz declaration ¶ 6 and ex. A) Additional citations (including to the ¶ numbering of the declaration of Plaintiff

1  which was ex. J) and arguments were included in the final draft which was supposed to

2  have been filed.  (Ex. 2, Schwartz declaration ¶ 6)  The erroneous filing of the draft

3  version of the response was not discovered until January 30 when Plaintiff's counsel

4  wondered why certain arguments were not addressed in the reply filed by Defendant.

5  (Ex. 2, Schwartz declaration ¶ 7, 9)  No substantive changes have been made in Exhibit

6  1, the proposed replacement Response based upon the Reply filed by Defendant.  (Ex. 2,

7  Schwartz declaration ¶ 10)

8        Withdrawing the mistakenly filed response will further this Court's search for the

9  truth and the admonition in Rule 1 of the Federal Rules of Civil Procedure that such

10  rules should be construed, administered, and employed by the court and the parties to

secure the jut, speedy and inexpensive determination.  Yes, this will mean that

11  Defendant must redo some of their reply (Dkt 50).  Experience tells us this will only

12  involve a short delay for a new reply to be filed (plaintiff would suggest 21 days for the

13  new reply).  This Court likely will not have been able to address this motion before that

14  time.  Also, much of what has been done by Defendant can be used in responding to the

15  replacement Response.

16        Plaintiff, therefore, requests this Court's permission to withdraw the filed

17  Plaintiff's Response to Defendant's Motion for Summary Judgment (Dkt 48) and allow

18  the filing of the replacement Response (Ex. 1) with the same exhibits as previously

19  filed.  Defendant should then be given twenty-one (21) days to file a new reply.

20        DATED: January 14, 2020.

21                          **UDALL SHUMWAY PLC**

22              By: */s/ Bradley D. Gardner*

23                   Bradley D. Gardner, Esq.

                 1138 North Alma School Road, Suite 101

24                   Mesa, Arizona 85201

25                   *Attorney for Plaintiff*

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2020, I electronically lodged the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users and via e-mail to:

Justin B. Caresia, Esq.
Leah S. Freed, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 E. Camelback Rd., Suite 800
Phoenix AZ  85016
E-mail: justin.caresia@ogletree.com
          Leah.freed@ogletree.com
*Attorneys for Defendant*

By: */s/ Alyssa Quijano*

5655661.1
117296.001

3